No. 88–6056. PEREZ *v.* JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harris* v. *Reed,* 489 U. S. 255 (1989).

No. 74, Orig. GEORGIA *v.* SOUTH CAROLINA. Second and Final Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Reply briefs to such Exceptions may be filed within 30 days. [For earlier order herein, see, *e. g.,* 475 U. S. 1115.]

No. 88–309. WYOMING *v.* UNITED STATES ET AL. Sup. Ct. Wyo. [Certiorari granted, 488 U. S. 1040.] Motion of respondents Shoshone Tribe and Northern Arapaho Tribe to strike brief of respondents Bradford Bath et al. denied.

No. 88–1480. REVES ET AL. *v.* ARTHUR YOUNG & CO. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–6732. LASHLEY ET UX. *v.* FIRST NATIONAL BANK OF LIVE OAK. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 15, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 88–1319. COMMISSIONER OF INTERNAL REVENUE *v.* INDIANAPOLIS POWER & LIGHT CO. C. A. 7th Cir. Certiorari granted.